JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARIO TAPIA GARCIA,

          Plaintiff,

      v.

MARTIN O'MALLEY,
Commissioner of Social
Security,

         Defendant.

Case No. CV 23-7315-JPR

**J U D G M E N T**

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further administrative proceedings is GRANTED; (2) the Commissioner's request for an order affirming his final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: August 12, 2024

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE